PROB 12C
(6/16)

Report Date: March 14, 2022

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 14, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Stephen Andrew Dahlin | Case Number: 0980 2:21CR00069-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: December 2, 2021 | |
| Original Offense: Possession of Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: Probation - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: Richard R. Barker | Date Supervision Commenced: December 2, 2021 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: December 1, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/20/2022.

On December 16, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Stephen Dahlin as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
| | **Supporting Evidence**: On March 1, 2022, Stephen Dahlin allegedly violated standard condition number 9 by failing to notify the assigned probation officer he had been arrested. |
| | On February 25, 2022, while in abscond status with both the WA DOC and the U.S. Probation Office, Stephen Dahlin was arrested during a traffic stop. |
| | On March 1, 2022, the offender had a hearing with the WA DOC to address his alleged violations, and was subsequently sentenced to time served. Although the arrest warrant issued by this Court was still outstanding at the time, due to a glitch in the system, Mr. Dahlin was released from custody on that date. |
| | After his untimely release from custody, on March 1, 2022, Mr. Dahlin made no attempt to contact this officer or the U.S. Probation Office to advise that he had arrested. |

Prob12C
Re: Dahlin, Stephen Andrew
March 14, 2022
Page 2

On March 2, 2022, as required by the WA DOC, the offender was to have checked-in with his community corrections officer (CCO) within 24 hours of his release from custody; Mr. Dahlin failed to report on that date as required. According to information received by the undersigned, the offender informed his assigned CCO he would not be reporting because he was aware that there was a federal warrant for his arrest and he didn't "feel like going to jail today."

The offender's whereabouts were unknown until he was located and arrested by the U.S. Marshals Services on March 11, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 03/14/2022 |
| | s/Amber M.K. Andrade |
| | Amber M.K. Andrade |
| | U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Signature of Judicial Officer*

3/14/2022
Date