PROB 12C
(6/16)

Report Date: September 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 12, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Stephen Andrew Dahlin | Case Number: 0980 2:21CR00069-SAB-1 |
| Address of Offender: ███████████ | Spokane, Washington 99204 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 2, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Probation - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (04/14/2022) | Time Served - 38 days<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: April 18, 2022 | |
| Defense Attorney: | Payton Martinez | Date Supervision Expires: April 17, 2025 | |

### PETITIONING THE COURT

To issue a summons.

On May 10, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Stephen Dahlin, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about June 21, 2022, Stephen Dahlin allegedly violated special condition number 3 by consuming methamphetamine.<br><br>On June 22, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender was subject to phase urinalysis testing on June 21, 2022, and provided a urine sample that was presumptive positive for amphetamine and methamphetamine.<br><br>On July 2, 2022, the laboratory confirmed that the urine sample provided by the offender on June 21, 2022, was in fact positive for amphetamine and methamphetamine. |

Prob12C
**Re: Dahlin, Stephen Andrew**
**September 12, 2022**
**Page 2**

On July 12, 2022, Mr. Dahlin reported to the U.S. Probation Office (USPO) to meet with the undersigned officer. He eventually admitted to the use of methamphetamine on or about June 21, 2022, and signed an admission of use form confirming that admission. The offender stated that he had run into an old friend at a gas station, and the two subsequently used methamphetamine together.

2  **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about July 29, 2022, Stephen Dahlin allegedly violated special condition number 3 by consuming methamphetamine.

On August 2, 2022, the offender reported to the USPO to meet with this officer. Mr. Dahlin was subject to random urinalysis and provided a urine sample that tested presumptive positive for methamphetamine. The offender denied the use of any illicit substances, and signed a denial of use form confirming that claim.

Shortly after departing from the USPO the offender called this officer and admitted he had been dishonest during our meeting. Mr. Dahlin was instructed to report back to the USPO on that same date to meet with the undersigned. That afternoon, on August 2, 2022, Mr. Dahlin returned to the USPO and admitted to the use of methamphetamine on or about July 29, 2022. Mr. Dahlin signed an admission of use form confirming that admission.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/12/2022

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

9/12/2022
Date