PROB 12C
(6/16)

Report Date: September 29, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 30, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Stephen Andrew Dahlin | Case Number: 0980 2:21CR00069-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99204 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: December 2, 2021 | |
| Original Offense: Possession of Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: Probation - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (04/14/2022) | Time Serviced - 38 Days; TSR - 36 Months |
| Asst. U.S. Attorney: Richard Barker | Date Supervision Commenced: April 18, 2022 |
| Defense Attorney: Justin Lonergan | Date Supervision Expires: April 17, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/12/2022.

On May 10, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Stephen Dahlin, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about September 25, 2022, Stephen Dahlin allegedly violated special condition number 3 by consuming methamphetamine. |
| | On September 27, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender was subject to phase urinalysis testing on September 26, 2022, and provided a urine sample that was presumptive positive for methamphetamine. The |

Prob12C
Re: Dahlin, Stephen Andrew
September 29, 2022
Page 2

undersigned also received an admission of use form in which the offender admits to the use of methamphetamine on or about September 25, 2022, although it was missing Mr. Dahlin's signature.

Later that date, after the offender's initial appearance, Mr. Dahlin reported to the U.S. Probation Office (USPO) to meet with this officer. The offender reiterated his admission of methamphetamine use on or about September 26, 2022; he claimed that he "was feeling down" after being denied employment and walked into downtown to look for methamphetamine. Because he is currently unemployed, this officer inquired about how he paid for the methamphetamine, the offender suggested that it did not cost him.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/29/2022

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

09/30/2022
Date